UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARLOS A. MARTINEZ, | ) Case No. 2:19-cv-10266-GJS |
| Plaintiff, | ) [~~PROPOSED~~] JUDGMENT OF |
| vs. | ) REMAND |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 10, 2020

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-