\

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS A. MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>Defendant. | Case No. 2:19-CV-10266-GJS<br><br>[proposed] ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Honorable Gail J. Standish |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $5,200.00, pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: October 23, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE